

Patent | Trademark | Copyright

Henry J. Cittone
Phone  212.710.5619 ext 101
Fax  212.624.0244
hcittone@cittonechinta.com

March 27, 2015

**By ECF**
Hon. Steven M. Gold
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Lavagear Inc. v. Okamoto USA, Inc., 12-cv-02317

Dear Judge Gold:

We are counsel for plaintiff in this case. We write to update the Court as to the pending reexamination.  On March 11, 2015, pursuant to a granted extension request, Lavagear filed its briefing in the reexamination proceeding.  No specific due date is set for the USPTO Examiner's Answer.  After the Examiner submits its Answer, a Reply Brief may be submitted by Appellant in certain circumstances (*e.g.* where the Examiner raises new grounds of rejection). We will keep the Court updated of developments in the reexamination as they arise.

Very truly yours,

/Henry J. Cittone/

Henry J. Cittone

cc: (by ECF/email)
David Hrina, Esq.
Nick George, Esq.
Toby Butterfield, Esq.