

Patent | Trademark | Copyright

Henry J. Cittone
Phone 212.710.5619 ext 101
Fax 212.624.0244
hcittone@cittonechinta.com

July 16, 2015

**By ECF**
Hon. Steven M. Gold
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: Lavagear Inc. v. Okamoto USA, Inc., 12-cv-02317

Dear Judge Gold:

   We are counsel for plaintiff in this case. We write to update the Court as to the pending reexamination. On May 22, 2015 the patent examiner filed his Examiner's Answer. Lavagear is permitted until July 22, 2015 to file a non-mandatory reply and pay a fee to forward the appeal for consideration by the Patent Trial and Appeal Board. Lavagear presently intends to file a reply and pay the fee to forward the appeal. Regardless of whether a reply is filed, upon payment of the fee, the case will move forward for consideration by the Patent Trial and Appeal Board.

          Very truly yours,

          /Henry J. Cittone/

          Henry J. Cittone

cc: (by ECF/email)
 David Hrina, Esq.
 Nick George, Esq.
 Toby Butterfield, Esq.